GILLESPIE, APPELLANT, *v.* DION, RESPONDENT.

[Submitted April 7, 1896. Decided May 4, 1896.]

See syllabus and opinion in *Gillespie* v. *Dion, ante,* page 183.

*Appeal from Seventh Judicial District, Dawson County.*

ELECTION CONTEST. Judgment was rendered by MILBURN, J., declaring the election void. Reversed.

*Strevell & Porter*, for Appellant.

*Thomas C. Holmes, Henri J. Haskell* and *Ella Knowles Haskell*, for Respondent.

PER CURIAM.—This is an appeal by Gillespie from the same judgment rendered in the case of *Gillespie* v. *Dion, ante*, page 183. The decision in that case, that the district court had no jurisdiction, disposes of this case, and renders further statement needless. Judgment reversed, and proceeding dismissed.